NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRY GENE BOLLEA,                    )
                                      )
        Petitioner,                   )
                                      )
v.                                    )          Case No. 2D18-4936
                                      )
LINDA MARIE BOLLEA;                   )
TGB FAMILY LIMITED PARTNERSHIP,       )
II., A Florida limited Partnership;   )
TGB MANAGEMENT, LLC, A Florida        )
limited liability company;            )
TGB-PD FAMILY LIMITED                 )
PARTNERSHIP, III, A Florida limited   )
Partnership;                          )
HOGAN HOLDINGS, LLC, A Nevada         )
limited liability company, not registered )
to do business in Florida;            )
ERIC BISCHOFF GROUP, LLC, a           )
Nevada limited liability company, not )
registered to do business in Florida; )
BH2 GAMING, LLC, a Nevada limited     )
liability company, not registered to do )
business in Florida; and             )
TGB TRANSPORTATION, LLC, a            )
Florida limited liability company,    )
                                      )
        Respondents.                  )
_____)

Opinion filed June 14, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Peter
Ramsberger, Judge.

Richard T. Depippo, and Eric R. Maier of Older Lundy & Alvarez, Tampa, for Petitioner.

Raymond J. Rafool and Seth J. Rutman of Rafool, LLC, for Respondent, Linda Marie Bollea.

No appearance for remaining Respondents.

PER CURIAM.

Denied.

BLACK, SALARIO, and BADALAMENTI, JJ., Concur.